BARTHOLOMAY COMPANY, INC., Plaintiff, *v.* JOHN A. REGAN, Defendant.

Supreme Court, Monroe Special Term, June 2, 1924.

Depositions — examination before trial — action upon promissory note — plaintiff entitled to examine defendant concerning affirmative defenses which would defeat recovery.

In an action upon a promissory note the plaintiff is entitled under section 290 of the Civil Practice Act to examine the defendant before trial concerning affirmative defenses which, if established, would defeat a recovery.

MOTION by defendant to vacate, modify and limit a notice for examination before trial.

*J. M. E. O'Grady,* for the motion.

*Hubbell, Taylor, Goodwin & Moser,* opposed.

RODENBECK, J. The action is upon a promissory note. The examination relates to affirmative defenses. The plaintiff must be prepared to meet these defenses. It will be sufficient for it to prove the note and its non-payment to make out a cause of action, but after the defendant has put in evidence of his defense, the burden shifts upon the plaintiff to show that it has a valid and subsisting

claim and the amount of the claim. Under such circumstances an examination by the plaintiff as to defendant's affirmative defenses is permitted. Civ. Prac. Act, § 290; *Schweinburg* v. *Altman*, 131 App. Div. 795; *Globe Elevator Co.* v. *American Molasses Co.*, 197 id. 921. Motion denied, with ten dollars costs to abide the event.

Ordered accordingly.